

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00313-CV

———————————————

IN RE JAMES BRAZELTON D/B/A BRAZ CONSTRUCTION & REMODELING,
Relator

---

Original Proceeding
Trial Court No. 19-3311-16

---

Before Birdwell, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: August 28, 2019